FILED

JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Feb 02, 2024 _____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| JORDAN A. FAUTZ ) | Case No.  3:24-mj-91 |
| _____ ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of March 31, 2022, November 30, 2022, December 19, 2023, and January 9, 2024, in the county of Jefferson, in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 1466A(a)(1) and (d)(4)** | **Distribution of obscene visual representation of child sexual abuse** |
| **18 U.S.C. § 2252A(a)(2) and (b)(1)** | **Distribution of child pornography** |

This criminal complaint is based on these facts:  **See attached affidavit**

X❏        Continued on the attached sheet

_____
*Complainant's signature*

Patrick Hoernig, FBI Special Agent_____
*Printed name and title*

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.*

Date: February 2, 2024 __

_____
*Judge's Signature*

City and State: Louisville _____ , Kentucky

Regina S. Edwards, U.S. Magistrate Judge_____
*Printed Name and Title*

*ASM*