1. I, Patrick Hoernig, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

2. I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and have been employed since April of 2023. I received approximately 18 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics, including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Violent Crimes squad of the FBI's Louisville Field Division. I am responsible for investigating, among other things, violations concerning crimes against children, and other violent crimes. I have conducted or participated in surveillance, the execution of search warrants, and the operation and debriefing of informants.

3. Before my current assignment, I was a police officer for eight years in Crete, Illinois, and Jeffersonville, Indiana, where I responded to and investigated state and municipal crimes. I received approximately 28 weeks of training in the police academy and on-the-job field training where I learned similar skills outlined above in the FBI Academy. I conducted on scene investigations of numerous criminal offenses, including but not limited to: assault, individual and commercial robberies, various theft offenses, narcotics violations, firearms violations, fugitives from justice, as well as child sexual and physical abuse. I have gained experience in conducting these investigations through training and through everyday work, including executing search warrants, conducting interviews of individuals trading and producing child sexual abuse material. I have also received Internet Crimes Against Children (ICAC training), which includes training concerning investigating and enforcing state and federal child sexual exploitation laws. Often, these crimes involve the use of computers and other digital media to produce, receive, transfer, and/or store depictions of children being sexually abused (often referred to as CSAM – child sex abuse materials).

4.     I graduated in 2014 from Purdue University. I hold a bachelor's degree in Sociology-Criminal Justice.

5.     I submit this application and affidavit in support of a criminal complaint alleging that JORDAN A. FAUTZ violated the following statutes:

  a. **18 U.S.C. § 1466A(a)(1) and (d)(4) Obscene visual representation of child sexual abuse**, which prohibits any person from knowingly producing, distributing, receiving, or possessing with intent to distribute a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A) or (2)(B), if that visual depiction was transported in interstate commerce by any means, including by computer.

      i. The term "**visual depiction**" as used in this section includes a computer-generated image or picture, whether made or produced by electronic, mechanical, or other means. **18 U.S.C. § 1466A(f)(1).**

  b. **18 U.S.C. § 2252A(a)(2) and (b)(1) Distribution of child pornography**, which prohibits any person from knowingly distributing any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

6.     Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses set out herein.

## PROBABLE CAUSE

7. On Friday, January 26, 2024, I communicated with FBI SA Andrea Gordner, from the Honolulu, Hawaii field office regarding the trading of CSAM in the Louisville area. SA Gordner provided the following information:

   a. On or about December 19, 2023, an FBI SA working online undercover (UC) as part of a child exploitation task force in Honolulu was operating within a "CSAM" trading room on a social networking application (hereinafter "the app"). UC observed user "SsyCumDoll" distribute a photograph collage of a minor female, approximately 12 to 15 years old, ("Minor Victim 1"), and adult female ("Adult Victim 1") (daughter and mother), and their personal information identifying them as mother and daughter effectively doxing[1] them.

   b. The photograph collage included a depiction of Minor Victim 1 and Adult Victim 1 with their genitals exposed. The nude image of Minor Victim 1 depicted her face transposed by means of Photoshop or morphing technology onto a different nude female's body, effectively generating CSAM. Minor Victim 1 is depicted masturbating with her breast and vagina exposed. The separate nude image of Adult Victim 1 depicts her nude with her breast and vagina exposed.

   c. Personal identifying information of Minor Victim 1 and Adult Victim 1 in the photo collage reveal the following:

      i. Real names of Minor Victim 1 and Adult Victim 1;

      ii. School yearbook photographs of both Minor Victim 1 and Adult Victim 1;

---

[1] "Doxing" is the action or process of searching for and publishing private or identifying information about a particular individual on the internet, typically with malicious intent.

      iii. Associations with St. Stephen Martyr Catholic Church and School[2] in Louisville, Kentucky; and

  d. School address and telephone number in Louisville, Kentucky. Within the same posting SsyCumDoll followed up the original post with a post distributing numerous other apparent CSAM images of teenage girls who possibly attend St. Stephen Martyr School.

8. On December 19, 2023, the UC used direct message to communicate with SsyCumDoll via the app. SsyCumDoll identified the aforementioned images as originating from a different social media application's group they were both in. SsyCumDoll identified the images as being approximately one year old and were a combination of real and photoshopped images.

9. On December 19, 2023, the UC communicated with SsyCumDoll via the app. SsyCumdoll distributed several more nude photos of Minor Victim 1, including a possible morphed video of Minor Victim 1 masturbating and numerous other CSAM images with student names used as the file name. SsyCumDoll shared photoshopped pictures of the students and videos of some of them masturbating and/or standing in a school naked. Non-nude photos include students wearing clearly labeled red shirts labeled with the letters "SSM" standing in front of a "SSMCardinals" school photo backdrop. From my investigation, it is my belief SSM references St. Stephen Martyr.

10. During this communication, the UC implemented an "IP Grabber"[3] and the following returned regarding SsyCumDoll's IP address:

  a. IP Address: 98.123.123.194

  b. ISP Provider: Spectrum

---

[2] This is a private school providing a curriculum for children between kindergarten and Eighth Grade.
[3] IP grabber is a third-party tool that can extract an IP address whenever someone clicks on a specific link.

      c. Location: Columbus, Ohio

      d. Operating System: Windows 10

      e. Browser: Firefox

11. On January 2, 2024, pursuant to administrative subpoena served to Charter Communications, Inc. for IP address 98. 123. 123. 194, a response returned the following subscriber information:

      a. Subscriber Name: St. Stephen Martyr Elementary

      b. Service Address: 2931 Pindell Avenue, NTL FBR, Louisville, KY 40217

      c. User Phone: XXX-XXX-3505

12. On January 2, 2024, Google Email Account (Gmail) SsyCumDoll@gmail.com was discovered to be associated with an active reblog.me account, which is another social media networking application. This reblog.me account created a post with the same identification for SsyCumDoll unique ID (P35WVSXFL) as the app. Pursuant to administrative subpoena served to Google Inc., a return was received on January 2, 2024, Subscriber information revealed the following subscriber information:

      a. Name: Vixa Violet

      b. Recovery Email: hedoubledur@yahoo.com

      c. Most frequent IP Addresses used:

          i. 68.93.134.188

          ii. 98.123.123.194

          iii. 147.0.148.218

13. On January 2, 2024, the UC communicated with SsyCumDoll via the app. During this encounter, the UC implemented an "IP Grabber" outside of regular school hours and the following returned regarding SsyCumDoll's IP address:

      a. 68.93.134.188 - AT&T

      b. 98.123.123.194 - Known Charter IP address-Saint Stephen Martyr School

14. On January 9, 2024, pursuant to subpoena served to Charter Communications, Inc. for IP address 147.0.148.218 a response returned the following subscriber information:

      a. Subscriber Name: Saint Stephen Martyr Elementary

      b. Service Address: XXXXXX@ssmartyr.org

      c. User Phone: XXX-XXX-5813

15. On January 9, 2024, SsyCumDoll sent the UC a downloadable file via dropbox with three subfolders titled "misc", "socmedia-tiktok-misc vid", and "xxx". Included in the "xxx" subfolder is a CSAM gif depicting a 12-14 year old minor female "Minor Victim 2." Minor Victim 2 is fully nude with her breast and vagina exposed. Minor Victim 2 is depicted masturbating in a gif. Further description of subfolders is as follows.

      a. "misc" contained 115 jpeg images of mostly teenage girls, labeled with what appears to be their real names. This folder contained non-pornographic images of both Minor Victim 1, Adult Victim 1, and Minor Victim 2, that appear to have been taken at St. Stephen Martyr Catholic School and Church.

      b. "socmedia-tiktok-misc vid" contained 97 videos and folders, mostly labeled by girl's names of their TikTok accounts or social media posts.

      c. "xxx" contained 181 images and videos of CSAM. A review of the CSAM shows what appear to be actual CSAM images mixed with morphed or Photoshopped images. There are additional CSAM images depicting Minor Victim 1 and Minor Victim 2. There are numerous other unidentified victims that appear to be minors depicted in a similar manner as Minor Victim 1 and Minor Victim 2.

16. CSAM from the aforementioned "xxx" folder appears to be edited and combined with non-nude photographs of students at St. Martyr Catholic Middle School and

Church. The non-nude photographs include images of students at the school seemingly for the yearbook or for school publication.

17. On January 16, 2024, pursuant to administrative subpoena served to AT&T Global Legal Demands Center, for IP address 68.93.134.188 a response returned the following subscriber information:

   a. Account Name: Jordan Fautz

   b. Address: XXXX Pindell Avenue, Louisville, KY 40217

   c. Account Email: JFautz@att.net

   d. Phone: 502-XXX-0886

   e. IP Usage Start Date: 07/30/2022

18. On January 26, 2024, using information available to the public, I accessed the St. Stephan Martyr Catholic School faculty page online and identified Jordan A. FAUTZ as presently employed as a 7th and 8th grade religion teacher with school maintenance responsibilities.

19. On January 26, 2024, open source database checks revealed that FAUTZ's most current address is a residence that he owns located at XXXX Pindell Ave. Louisville, Kentucky 40217.

20. On January 28, 2024, I conducted surveillance at XXXX Pindell Ave. Louisville, Kentucky 40217, and observed a blue Ford Explorer model year 1999 bearing registration 421FVS. Law enforcement registration checks reveal FAUTZ is the registered owner of the aforementioned vehicle hereinafter referred to as "SUBJECT VEHICLE." A white male with similar features as FAUTZ was observed through the living room window inside of the residence.

21. On January 30, 2024, FBI Agents conducted surveillance at XXXX Pindell Ave. Louisville, Kentucky 40217, and observed a male exit the premises and enter the

SUBJECT VEHICLE, the individual drove to St. Stephan Martyr Catholic School and Church and parked in the lot. The male matched features and characteristics of FAUTZ.

22. Subscriber IP information for Google account SsyCumDoll@gmail.com reveal the account logging into IP address 98.123.123.194 on December 06, 2023, at 17:56:38 UTC identified as St. Stephan Martyr Middle School. Later that day, Google Account SsyCumDoll@gmail.com logs into IP address 68.93.134.188 at 23:08:47 UTC identified as XXXX Pindell Avenue, Louisville, KY 40217. Subscriber IP information establishes a pattern of SsyCumDoll@gmail.com logging in and out between both locations on multiple occasions on the same day.

23. On January 29, 2024, the videos and images of CSAM that SsyCumDoll distributed through the app on January 9, 2024, were transferred to the National Center for Missing and Exploited Children (NCMEC) for child identification. On January 30, 2024, a response was received. NCMEC's Child Identification Report (CIR) stated that 9 of the images submitted were positively identified as known CSAM. The CIR provided by NCMEC states, "Each (image) appear to depict the identified child's body. However, the files all appear to have been digitally altered to depict a different individuals face. The faces seen on these images are not familiar to NCMEC." Some of the CSAM images are described as follows:

  a. Six images from the CIR depict the body of an identified minor victim from the "LionFountain" series with the head of a different minor. These images are similar in nature and depict a fully nude minor female approximately 13-16 years old, on the carpeted floor of a bedroom. Her breast, vagina, and anus are exposed. In four of the images, she is masturbating.

  b. Two images from the CIR depict the body of an identified minor victim from the "Tweety1" series with the head of a different minor. These images are

similar in nature and involve a minor female approximately 8-12 years old standing with one hand behind her head and the other on her hip. Her breasts and vagina are exposed.

24. On January 30, 2024, Agents discovered a NCMEC cyber tip submitted by Kik for the distribution of possible CSAM on March 31, 2022, and November 30, 2022. Kik user venalynn69, with user email SsyCumDoll@gmail.com, uploaded and distributed 9 images of possible CSAM to a Kik chat group. I reviewed the images, the following is a brief description of two of the CSAM files:

   a. Distributed from FAUTZ's known IP address 68.93.134.188 on March 31, 2022, at 11:16:11 UTC, is a video approximately 53 seconds in length depicting a minor female approximately 15 to 17 years old, lying on a bed fully nude. She is holding a cellphone recording herself masturbating. Her breasts and vagina are exposed.

   b. Distributed from St. Stephen Martyr Catholic School and Church known IP address 147.0.148.218 on November 30, 2022, at 19:12:26 UTC is an image depicting six minor females approximately 8-12 years old standing on the front of a firetruck. They are all wearing swimsuits; however, four of them are without bottoms exposing their vaginas.

25. Based upon the information shown above, there is probable cause that FAUTZ distributed CSAM from his FAUTZ's residence in Louisville as well as St. Stephen Martyr Catholic School and Church located at 2931 Pindell Avenue, Louisville Kentucky, 40217.

## CONCLUSION

26. Based upon the information set out herein, I submit that there is probable cause that on March 31, 2022, November 30, 2022, December 19, 2023, and January 9, 2024, Jordan A. Fautz violated the following federal statutes:

    a.  18 U.S.C. § 1466A(a)(1) and (d)(4) Distribution of obscene visual representation of child sexual abuse.

    b.  18 U.S.C. § 2252A(a)(2) and (b)(1) Distribution of child pornography.

_____
Patrick Hoernig
Special Agent, Federal Bureau of Investigation

Sworn to me and subscribed by telephone, in compliance with Fed. R. Crim. P. 4.1(a) this 2nd day of February 2024.

_____
REGINA S. EDWARDS
United States Magistrate Judge